# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:11cr46-MHT |
| | ) | (WO) |
| MICHAEL WAYNE HICKS | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on October 6, 2011, this Court entered an Amended Preliminary Order of Forfeiture (Doc. #38), forfeiting the following property to the United States: an HP lap top computer, bearing serial number CNF037D7VZ;

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims as the property is of *de minimus* value and publication would exceed the property's value; and

WHEREAS, the Court finds that defendant Michel Wayne Hicks has an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 492 and Title 28, United States Code, Section 2461(c), and that the United States has established the requisite nexus between such property in the commission of the violation of Title 18, United States Code, Section 513(a) and 513(b).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the government's motion for a final order of forfeiture (Doc. No. 56) is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 492 and Title 28, United States Code, Section 2461(c): **an HP lap top computer, bearing serial number CNF037D7VZ;**

2. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

4. The Clerk of the Court shall forward a certified copy of this Order to the United States Attorney's Office.

SO ORDERED this the 4th day of January, 2012.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE